**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**VIRGINIA ANN DONALD,**                                          **PLAINTIFF,**

**VS.**                                                   **CIVIL ACTION NO. 2:06CV156-P-A**

**PACIFICARE LIFE & HEALTH INSURANCE
COMPANY D/B/A SECURE HORIZONS;
PACIFICARE HEALTH PLAN ADMINISTRATORS,
INC.; GLOBAL FINANCIAL BROKERS, LLC;
TOLLIVER FINANCIAL SERVICES, LLC;
HUMPHREY TOLIVER; CYNTHIA HIGHTOWER;
DIQUANA ROBERSON; MID DELTA HEALTH
SERVICES, INC.; MID DELTA HOME HEALTH, INC.;
MID DELTA HOSPICE OF BATESVILLE, INC.; AND
JOHN DOES 1-10,**                                      **DEFENDANTS.**

**ORDER**

This matter comes before the court upon the Mid-Delta defendants' Motion for Reconsideration [27-1] of the court's October 24, 2006 Order of Remand. After due consideration of the motion and the response filed thereto, the court finds that the motion should be denied as clearly without merit. Pursuant to the Standing Order dated October 1, 2005, the United States District Court for the Northern District of Mississippi gave notice that effective January 1, 2006, all cases, proceedings, motions, memoranda of law and other pleadings or documents filed with the court must be filed using the Electronic Case Filing System. Accordingly, all attorneys seeking to practice before the U.S. District Court for the Northern District of Mississippi must be registered for the ECF System by January 1, 2006. This information is available on the Northern District's public website.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Mid-Delta defendants'
Motion for Reconsideration [27-1] is **DENIED**.

**SO ORDERED** this the 7th day of November, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE